# EXHIBIT 14



Updated: July 12, 2010

## Unoccupied

| Drop | Date | BEDROOM #1 Interior | Exterior | New Sash | RE-inspect date | Bottom sash Repair | Window contacts | BEDROOM #2 Interior | Exterior | New Sash | Re-inspect date | Bottom sashes Repair | LIVING ROOM Interior | Exterior | New Sash | Re-inspect date | Bottom sashes Repair | KITCHEN Interior | Exterior | New Sash | Re-inspect date | Bottom sashes Repair | BATHROOM Interior | Exterior | New Sash | Pre test | Test | Result | Touch up units | Last Walk | Comments | Drop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 6/11/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | no W6 | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied. No W6 window sash unit not com | 101 |
| 201 | 5/5/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | no W6 | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | No W6 window sash unit not complete | 201 |
| 301 | 5/4/2010 | yes | yes | | 5/25/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied. Will need to remove stops on all windows and re-caulk all six corners with Acryl-R | 301 |
| 401 | 5/3/2010 | yes | yes | | 5/20/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 401 |
| 501 | 5/4/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 501 |
| 102 | 5/7/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 102 |
| 202 | 5/5/2010 | yes | yes | yes | 6/10/2010 | 7/12/2010 | yes | N/A | N/A | N/A | N/A | N/A | yes | yes | yes | 7/12/2010 | 7/12/2010 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | | | | | Unoccupied COMPLETED | 202 |
| 302 | 5/4/2010 | yes | yes | | 5/25/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 302 |
| 402 | 5/3/2010 | yes | yes | | 5/20/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 402 |
| 502 | 5/4/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 502 |
| 103 | 4/20/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | 5/7/2010 | | | | | | 103 |
| 203 | 6/11/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | yes | | | | | | | Occupied | 203 |
| 303 | 5/4/2010 | yes | yes | | 5/25/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | yes | | | | | | | Occupied | 303 |
| 403 | 5/4/2010 | yes | yes | | 5/20/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | yes | | | | | | | Unoccupied | 403 |
| 503 | 5/4/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | yes | | | | | | | Unoccupied | 503 |
| 104 | 6/10/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Occupied | 104 |
| 204 | 5/17/2010 | yes | yes | yes | | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | yes | yes | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 204 |
| 304 | 6/7/2010 | yes | yes | | 5/27/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | | | | Occupied | 304 |
| 404 | 6/7/2010 | yes | yes | | 6/7/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | N/A | | | N/A | N/A | N/A | | | | | | Occupied | 404 |
| 504 | 6/8/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | N/A | | | N/A | N/A | N/A | | | | | | Occupied | 504 |
| 105 | 6/10/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 105 |
| 205 | 6/10/2010 | yes | yes | yes | 6/11/2010 | 7/12/2010 | yes | N/A | N/A | N/A | N/A | N/A | yes | yes | yes | 7/12/2010 | 7/12/2010 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | | | | | Unoccupied | 205 |
| 305 | 4/20/2010 | yes | yes | | 5/25/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | 5/7/2010 | | | | | Unoccupied | 305 |
| 405 | 5/11/2010 | yes | yes | | 5/19/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 405 |
| 505 | 5/11/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 505 |
| 106 | 6/10/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | 6/10/2010 | | N/A | N/A | N/A | 6/10/2010 | | N/A | N/A | N/A | | | | | | Unoccupied model unit | 106 |
| 206 | 5/10/2010 | yes | yes | yes | | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 206 |
| 306 | 5/10/2010 | yes | yes | yes | 5/25/2010 | | yes | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 306 |
| 406 | 5/10/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 406 |
| 506 | 4/20/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 506 |
| 207 | 5/10/2010 | yes | yes | yes | 6/10/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 207 |
| 307 | 5/10/2010 | yes | yes | | 5/25/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied One new sash was installed in this | 307 |
| 407 | 5/10/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 407 |
| 507 | 5/10/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 507 |
| 208 | 6/14/2010 | yes | yes | yes | 6/14/2010 | 7/12/2010 | yes | N/A | N/A | N/A | N/A | N/A | yes | yes | yes | 7/12/2010 | 7/12/2010 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | | | | | Unoccupied COMPLETED | 208 |
| 308 | 5/10/2010 | yes | yes | | 5/25/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied. Will need to remove stops on all windows and re-caulk all six corners with Acryl-R | 308 |
| 408 | 5/10/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 408 |
| 508 | 5/10/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 508 |
| 209 | 5/13/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 209 |
| 309 | 5/11/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 309 |
| 409 | 6/7/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 409 |
| 509 | 5/11/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 509 |
| 210 | 5/11/2010 | yes | yes | | | | | no | yes | | | | no | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 210 |
| 310 | 5/11/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 310 |
| 410 | 5/11/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 410 |
| 510 | 5/11/2010 | yes | yes | | | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 510 |
| 211 | 6/15/2010 | yes | yes | yes | 6/15/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 211 |
| 311 | 5/5/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 311 |
| 411 | 5/5/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 411 |
| 511 | 5/5/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 511 |
| 212 | 6/15/2010 | yes | yes | yes | 6/15/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 212 |
| 312 | 5/5/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 312 |
| 412 | 5/5/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 412 |
| 512 | 5/7/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 512 |
| 213 | 6/15/2010 | yes | yes | yes | 6/15/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 213 |
| 313 | 4/20/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 313 |
| 413 | 5/6/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 413 |
| 513 | 4/20/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 513 |
| 214 | 6/15/2010 | yes | yes | yes | 6/15/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 214 |
| 314 | 5/6/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 314 |
| 414 | 5/6/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 414 |
| 514 | 5/7/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 514 |
| 215 | 5/7/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | | | | Occupied | 215 |
| 315 | 5/12/2010 | yes | yes | yes | 6/15/2010 | 7/12/2010 | yes | NA | N/A | N/A | N/A | N/A | yes | yes | yes | 6/15/2010 | 7/12/2010 | yes | yes | yes | 7/12/2010 | 7/12/2010 | N/A | N/A | N/A | | | | | | Occupied Completed 7/12/10 | 315 |
| 415 | 5/6/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | | | | Occupied | 415 |
| 515 | 5/7/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | | | | N/A | N/A | | | | | | | Occupied | 515 |
| 216 | 5/14/2010 | yes | yes | yes | 6/14/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 216 |
| 316 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 316 |
| 416 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 416 |
| 516 | 6/8/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Occupied | 516 |
| 217 | 6/14/2010 | yes | yes | yes | 6/14/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 217 |
| 317 | 6/8/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 317 |
| 417 | 6/9/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 417 |
| 517 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 517 |
| 218 | 6/14/2010 | yes | yes | | 6/14/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 218 |
| 318 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 318 |
| 418 | 6/9/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 418 |
| 518 | 4/21/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 518 |

Updated: July 12,2010

| Drop | Date | BEDROOM #1 | | | | | BEDROOM #2 | | | | | LIVING ROOM | | | | | KITCHEN | | | | | BATHROOM | | | Pre test | Test | Result | Touch up units | Last Walk | Comments | Drop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Interior | Exterior | New Sash | RE-inspect date | Bottom sash Repair | Window contacts | Interior | Exterior | New Sash | Re-inspect date | Bottom sashes Repair | Interior | Exterior | New Sash | Re-inspect date | Bottom sashes Repair | Interior | Exterior | New Sash | Re-inspect date | Bottom sashes Repair | Interior | Exterior | New Sash | | | | | | | |
| 219 | 4/20/2010 | yes | yes | yes | 6/14/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | | 219 |
| 319 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | N/A | | | N/A | N/A | N/A | 5/7/2010 | | | | | Unoccupied | 319 |
| 419 | 6/8/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied | 419 |
| 519 | 6/8/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | N/A | | | | | | Occupied | 519 |
| 220 | 6/14/2010 | yes | yes | yes | 6/14/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | yes | yes | N/A | | | N/A | N/A | N/A | | | | | | | 220 |
| 320 | 6/7/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | N/A | | | N/A | N/A | N/A | | | | | | Occupied | 320 |
| 420 | 6/14/2020 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | | | | N/A | N/A | N/A | | | | | | Occupied | 420 |
| 520 | 6/9/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | yes | yes | | | | N/A | N/A | N/A | | | | | | Occupied | 520 |
| 221 | 6/14/2010 | yes | yes | yes | 6/14/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | | | | yes | yes | N/A | | | | | | | 221 |
| 321 | 5/3/2010 | yes | yes | | 6/18/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | N/A | | | | | | | Unoccupied | 321 |
| 421 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | N/A | | | | | | | Unoccupied | 421 |
| 521 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | yes | N/A | | | | | | | Occupied | 521 |
| 222 | 5/14/2010 | yes | yes | yes | 6/14/2010 | | yes | N/A | N/A | N/A | | | yes | yes | yes | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | | 222 |
| 322 | 5/14/2010 | yes | yes | | 6/18/2010 | | | NA | NA | N/A | | | yes | yes | | | | NA | NA | | | | NA | NA | | | | | | | Unoccupied | 322 |
| 422 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 422 |
| 522 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 522 |
| 223 | 6/14/2010 | yes | yes | yes | 6/15/2010 | | yes | N/A | N/A | N/A | | | yes | yes | no | | | N/A | N/A | N/A | | | N/A | N/A | N/A | | | | | | Unoccupied Sash unviable did not complete uni | 223 |
| 323 | 5/18/2010 | yes | yes | | 6/18/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 323 |
| 423 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 423 |
| 523 | 5/12/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Unoccupied | 523 |
| 224 | 6/15/2010 | yes | yes | | 6/15/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Units is unoccupied as of 7/12 unit is schedule to have tenant move in this week .Broken fix window bedroom | 224 |
| 324 | 5/14/2010 | yes | yes | | 6/18/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Units is unoccupied as of 7/12 unit is schedule to have tenant move in this week | 324 |
| 424 | 5/20/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | | 424 |
| 524 | 5/20/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Units is unoccupied as of 7/12 unit is schedule to have tenant move in this week | 524 |
| 225 | 6/15/2010 | yes | yes | | 6/15/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 225 |
| 325 | 5/3/2010 | yes | yes | | 6/18/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 325 |
| 425 | 5/3/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 425 |
| 525 | 5/4/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 525 |
| 226 | 6/15/2010 | yes | yes | | 6/15/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 226 |
| 326 | 5/3/2010 | yes | yes | | 6/18/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 326 |
| 426 | 5/3/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 426 |
| 526 | 4/21/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 526 |
| 227 | 6/15/2010 | yes | yes | | 6/15/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 227 |
| 327 | 5/14/2010 | yes | yes | | 6/18/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 327 |
| 427 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 427 |
| 527 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 527 |
| 228 | 6/15/2010 | yes | yes | | 6/15/2010 | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 228 |
| 328 | 5/14/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 328 |
| 428 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 428 |
| 528 | 5/13/2010 | yes | yes | | | | | N/A | N/A | N/A | | | yes | yes | | | | N/A | N/A | | | | N/A | N/A | | | | | | | Occupied | 528 |