# EXHIBIT 16

Subj: **2300 PA Ave Requisition #20**
Date: 8/10/2010 3:40:29 P.M. Eastern Daylight Time
From: JEvans@HarkinsBuilders.com
To: tchapman@chapmandevelopmentllc.com, JasonIannotti@tenacitygroup.com, PAtasoy@aol.com
CC: jcounihan@harkinsbuilders.com, dmiller@harkinsbuilders.com, jloftus@harkinsbuilders.com, dlombardo@harkinsbuilders.com, bhayden@harkinsbuilders.com, tbarbino@harkinsbuilders.com, dblalock@BuildingConsultantsInc.com, sdlawr@aol.com

All,

Attached are:

- Requisition #20 FINAL w/ Final Lien Release
- AIA G706
- Consent of Surety to Final Payment
- Subcontractor Final Lien Releases
- AIA G706A

We will also send out hard copies.

Thank you,

Jason Evans
Project Engineer
HARKINS BUILDERS, INC.
(410) 480-4199
www.harkinsbuilders.com



*Celebrating 45 Years of Construction Excellence*

> COMMERCIAL  > MIXED USE  > MULTIFAMILY  > HEALTHCARE  > STUDENT HOUSING  > SENIOR LIVING  > MILITARY

Follow us on Facebook and Twitter