# EXHIBIT 17

## Jason Evans

| | |
|---|---|
| **From:** | Jason Evans |
| **Sent:** | Tuesday, September 21, 2010 4:17 PM |
| **To:** | 'PAtasoy@aol.com' |
| **Cc:** | 'Iannotti, Jason'; Jim Counihan; John Loftus |
| **Subject:** | 2300 PA Ave Subst Compl Punchlist Sign-Off |
| **Attachments:** | SKMBT_60010092014150.pdf |

Pelin,

Good afternoon. It has been requested that I schedule you to re-inspect the attached punchlist items for an official sign-off. Could you please let me know when you are available to meet at the site and sign-off on the items?

Thank you,

Jason Evans
Project Engineer
HARKINS BUILDERS, INC.
(410) 480-4199
www.harkinsbuilders.com



*Celebrating 45 Years of Construction Excellence*

> COMMERCIAL   > MIXED USE   > MULTIFAMILY   > HEALTHCARE   > STUDENT HOUSING   > SENIOR LIVING   > MILITARY

Follow us on Facebook and Twitter

1

2300 Pennsylvania Ave Apartments
Substantial Completion Punchlist

| # | Issue |
|---|---|
| ~~1~~ | ~~RTU1 Install for future kitchen (does it meet ditance requirements for code?)~~ — Complete - verified by HVAC sub |
| ~~2~~ | ~~Remove temp power for swing stages~~ — Complete |
| ~~3~~ | ~~Install FOB on electric room 2~~ — Complete |
| ~~4~~ | ~~Install FOB on elevator room~~ — Complete |
| ~~5~~ | ~~Install Mag-Lock on rear gate~~ — Complete |
| ~~6~~ | ~~Dimension at push side of the stair doors should be 1'0". See SK-286~~ — NEW ASK. Framing in per plan. NOT HBI. |
| 7 | Repair, replace deficient parts of windows privde final test reports showing windows are rated HC 70 — To be complete 9/23 |
| 8 | Provide warranty bond for windows — Sent to owner 9/3/10, Awaiting response. |
| ~~9~~ | ~~Finalize leakage issues at garage walls~~ — Complete. Discussed between TMC and Drell. |
| ~~10~~ | ~~Resolve green roof exposed piping issues and planting issues~~ — Warranty/maintenance item. Material settlement. |
| ~~11~~ | ~~Replace ballasts and bulbs in garage lights~~ — Warranty item. Electrical sub to complete 9/20. |

No info. filled in on G704 cert. of subst. compl. ?