**From:** "Jason Evans" <JEvans@HarkinsBuilders.com>
**Date:** February 21, 2011 1:48:46 PM EST
**To:** "Iannotti, Jason" <JasonIannotti@tenacitygroup.com>
**Cc:** "Timothy Chapman" <tchapman@chapmandevelopmentllc.com>, "Jim Counihan" <jcounihan@harkinsbuilders.com>
**Subject: Warranties**

Attached are the Hydrotech warranty and the Joint Sealant Warranty.
Thank you,
Jason Evans
Project Engineer
HARKINS BUILDERS, INC.
(410) 480-4199
www.harkinsbuilders.com



## APPLICATION FOR DOW CORNING® PERFORMANCE WARRANTIES

TYPE OF WARRANTY AND PRODUCTS USED: (Please check the product used under the warranty type)

| | Weatherseal Warranty | | Dow Corning® 123 Silicone Seal System |
|---|---|---|---|
| | Dow Corning® 756 SMS Building Sealant | | Dow Corning® 123 Silicone Seal with (must select) |
| | Dow Corning® 758 Silicone Weather Barrier Sealant | | Dow Corning® 791 Silicone Weatherproofing Sealant or |
| | Dow Corning® 790 Silicone Building Sealant | | Dow Corning® 795 Silicone Building Sealant |
| | Dow Corning® 791 Silicone Weatherproofing Sealant | | And may also include |
| ✓ | Dow Corning® 795 Silicone Building Sealant | | Dow Corning® AllGuard Silicone Elastomeric Coating |
| | Dow Corning® 995 Silicone Structural Sealant | | |
| | Dow Corning® Contractors Weatherproofing Sealant | | |
| | Dow Corning® Contractors Concrete Sealant | | |

| | Structural Adhesive Warranty | | Parking Structure Warranty |
|---|---|---|---|
| ✓ | Dow Corning® 795 Silicone Building Sealant | | Dow Corning® FC Parking Structure Sealant |
| | Dow Corning® 983 Silicone Glazing & Curtainwall Adhesive / Sealant | | Dow Corning® NS Parking Structure Sealant |
| | Dow Corning® 995 Silicone Structural Sealant | | Dow Corning® SL Parking Structure Sealant |

| | AllGuard Coating Warranty | | |
|---|---|---|---|
| | Dow Corning® AllGuard Silicone Elastomeric Coating | → | (Square footage covered and AllGuard amounts required) |

**PROJECT IDENTIFICATION:**          **REQUEST DATE:**

Project Name: The Grays Apartments      9-1-2009 - thru 2029
Job Name: 2300 Pennsylvania Ave.
Street Address: 2300 Pennsylvania Ave.
Location: Washington DC 20020
City/State/Province/Postal Code

Name of the Building Owner to be on the Warranty

| Contact Name: | Tim Chapman | Phone Number: | 703-251-4661 |
|---|---|---|---|
| Company Name: | 2300 Penn LLC. | Fax Number: | |
| Street Address: | 2300 Pennsylvania Ave. | Email Address: | |
| City/State/Postal Code: | Washington, DC 20020 | Company Website: | |

**Contractor Certification:**
The warranty applicant (Contractor / Applicator) attests that the products to be covered in the Dow Corning Limited Warranty were installed on the referenced project according to Dow Corning requirements set forth in Dow Corning's published of electronic literature and further certifies that only DOW CORNING® brand products have been used for the structural / weatherseal applications.

Warranty should be sent to and copied to the Contractor / Applicator

| Contact Name: | Kevin Wheeler | Phone Number: | 240-305-4997 |
|---|---|---|---|
| Company Name: | Wheeler Service Co. | Fax Number: | 240-695-0218 |
| Street Address: | 4395 Pond St. NE Washington DC | Email Address: | kevinwheeler15@yahoo.com |

Revision: November 2010

| City/State/Postal Code: | | Company Website: | |
|---|---|---|---|

**Dow Corning® Products were purchased and certified by the following Distributor:**

| Contact Name: | | Phone Number: | |
|---|---|---|---|
| Company Name: | | Fax Number: | |
| Street Address: | | Email Address: | |
| City/State/Postal Code: | | Company Website: | |

Has Dow Corning of its Authorized Distributor Been Fully Paid for the Products Used      ☑ Yes   ☐ No

**PROJECT INFORMATION:**

| Start Date | 9-1-2009 | Required Completion Date of Sealant Installation | Feb-2010 |

| Term of Warranty (in years) | 20 yrs |

| New or | | Restoration | | Number of Stories | |

| Facade Square Footage Sealed | | * Total | | ✓ North | ✓ South | ✓ East | ✓ West |

| Surface Type | brick to brick |

Joint Type (weatherseal, structural, 123, cap bead, expansion, perimeter, spandrel, other):

| Expansion joints  Cap bead joints  Control joints |

| | Joint Size (width x depth) | | Linear Feet |

Dow Corning® brand Products Used:

| Sealant / * AllGuard Coating / Primer | Color | * Quantity |
|---|---|---|
| | | |
| | | |
| | | |

* If AllGuard was used, you are required to list the Total Square Footage and Amounts Used (pails or gallons)

**ADDITIONAL REQUIREMENTS for the Structural Adhesion Limited Warranty:**

Have the following Dow Corning requirements been met?
☐ Blueprint Review
☐ Lab Adhesion Testing
☐ Lab Compatibility Testing

Warranty application should include, as attachments, to this warranty application:
- Blueprint Review Letters,
- Adhesion Testing Recommendation Letters and
- Compatibility Testing Recommendation Letters sent by Dow Corning.
(For faster processing of your warranty application, please fax these letters with your application.)

PLEASE ATTACH ANY ADDITIONAL INFORMATION YOU FEEL IS APPROPRIATE FOR THIS PROJECT, I.E., PHOTOS, CONSULTANT REVIEWS, ETC.

**WHEN THE FORM IS COMPLETED, FAX OR EMAIL THIS FORM AND OTHER DOCUMENTS TO:**

**DOW CORNING**               Construction Warranty
construction.warranty@dowcorning.com                  Phone: (989) 496-3295
Revision: November 2010



# HYDROTECH

**AMERICAN HYDROTECH, INC.**

Robert Cole  August 18, 2010
Prospect Waterproofing
118 Acacia Lane
Sterling, VA 20166

**Re: 2300 Pennsylvania**

Dear Robert,

Enclosed herewith please find the original 10-Year Garden Roof Warranty requested for the above referenced project.

Also enclosed is a copy of the same. Please ask the owner's representative to acknowledge receipt with signature where indicated and return the copy to our office.

Should you have any questions regarding this project, please feel free to contact our office at any time.

We look forward to working with you in the near future.

Sincerely,

AMERICAN HYDROTECH, INC.

Edward J. Tierney, CDT
Manager, Technical Services

Enclosure

AMERICAN HYDROTECH, INC., 303 E. OHIO ST., CHICAGO, ILLINOIS 60611-3387
TELEPHONE 312/337-4998 • FAX 312/661-0731 • www.hydrotechusa.com
CANADA • FAR EAST • MIDDLE EAST • UNITED KINGDOM • UNITED STATES



  

## Description

2300 Pennsylvania Avenue
*Name of Building*

2300 Pennsylvania Avenue  Washington, DC
*Location of Building*

2300 Pennsylvania Avenue Apartments LLC
*Owner's Name*

Prospect Waterproofing Company
*Authorized HYDROTECH Applicator*

7,580 Square Feet - Roofing
*Area Under Warranty*

GR 30, Root Stop, System Filter
*Garden Roof Components*

February 25, 2010
*Date of Completion – Membrane*

February 25, 2010
*Date of Purchase – Insulation*

February 8, 2010
*Date of Purchase – Garden Roof Components*

**AMERICAN HYDROTECH, INC.**

Edward J. Tierney
*By*

Director, Technical Services
*Title*

August 18, 2010
*Date*

*[signature]*

For Owner
Acknowledged and accepted this _____ day of _____, 20___

_____
*Owner Signature*

_____
*Title*

AMERICAN HYDROTECH, INC., 303 EAST OHIO STREET, CHICAGO, ILLINOIS 60611 * (312) 337-4998



# Garden Roof® Warranty and Maintenance Instructions



## Description

2300 Pennsylvania Avenue
2300 Pennsylvania Avenue Washington, DC
2300 Pennsylvania Avenue Apartments LLC
Prospect Waterproofing Company
7,580 Square Feet - Roofing
GR 30, Root Stop, System Filter
February 25, 2010
February 25, 2010
February 8, 2010

AMERICAN HYDROTECH, INC.
Edward J. Tierney
Director, Technical Services
August 18, 2010



For Owner
Acknowledged and accepted this _____ day of _____, 20___

AMERICAN HYDROTECH, INC., 303 EAST OHIO STREET, CHICAGO, ILLINOIS 60611 • (312) 337-4998



The enclosed conditional warranty, provided by American Hydrotech, Inc. covers the products supplied by Hydrotech within stated limitations. Your choice of the Ultimate Assembly is excellent and should provide you with many years of service. Depending on the type of installation on your facility, there is a certain amount of maintenance, which you should perform to protect your investment. The following are a few suggestions, which may prove useful to your maintenance personnel.

## ROOFING/WATERPROOFING
### MEMBRANE AND FLASHINGS

While in the majority of Ultimate Garden Roof Assemblies the Hydrotech membrane and flashings will be completely covered and protected, there are a few items which should be addressed periodically.

1. **SURFACE** Roof surface should be kept clean at all times. Inspections of the roof surface should be made several times each year. The pavers and/or stone ballast should be left in place at all times as the filter fabric and insulation remain completely covered. Exposed fabric and insulation will deteriorate due to UV exposure from the sun.

2. **DRAINS** Examine both roof and plaza deck drains several times each year. Make sure the plumbing and drain openings are not restricted by debris. For a stone ballasted surface, keep larger stones around the drain bonnet.

3. **METAL COUNTERFLASHINGS** Metal counterflashings divert water over the membrane base flashings. They must be checked periodically and maintained to ensure that they remain in place and prevent water from by-passing the base flashing. Water that gets behind the base flashing may not only find entry into the building but may also seriously affect the performance of the flashing itself.

4. **MEMBRANE BASE FLASHINGS** While many, if not all, of the membrane base flashings will be covered in a typical Ultimate Assembly, there may be instances where this flashing is exposed. Any exposed flashing should be checked being each year for any mechanical damage. Even minor scrapes or punctures should be addressed to prevent further damage.

5. **NEW INSTALLATIONS/MODIFICATIONS** If a new penetration must be made through the membrane or flashings, or if there is to be an addition to the existing building contact American Hydrotech, Inc. for appropriate tie-in details. The tie-in must be done in accordance with all Hydrotech specifications to continue to meet the conditions of the warranty.

6. **REPAIR PRODUCTS** Do not use any repair product on the membrane or flashing without first checking with American Hydrotech, Inc. for possible compatibility concerns.

## GARDEN ROOF

Generally, maintenance of the vegetation, if required, is provided by a landscaping professional. Many landscape contractors provide a maintenance contract as part of the installation of the vegetation.

The type and extent of maintenance will depend on the type of green roof (extensive vs. intensive) planted. Watering, weeding, mowing and trimming may all be part of a regular maintenance schedule.

## GARDEN ROOF® WARRANTY

Subject to the terms, conditions and limitations hereinafter stated, American Hydrotech, Inc. (HYDROTECH) expressly warrants to the building owner (Owner) as follows:

**A. MEMBRANE WARRANTY.** HYDROTECH warrants that any Monolithic Membrane 6125 (Membrane) and Flex Flash UV (Flashings) will remain watertight for a period of _____ Ten _____ (10) years from the date of substantial completion of its installation (the Membrane Warranty Period). In the event of the failure of the Membrane or Flashings as herein warranted, HYDROTECH's responsibility shall be limited to making or causing to be made such repairs as are necessary to place the Membrane and Flashing in watertight condition. Repairs will include any labor and materials required whatsoever necessary to effect watertight repairs of Membrane and Flashing installation of the Products sold to HYDROTECH customer by STYROFOAM insulation, Stripe Reef components, filter felt, and overburden material. However, as necessary to effect watertight repair, HYDROTECH's maximum liability for all other materials and any type of item included on or about or attached to the original installed roof of the Membrane and Flashing.

**B. INSULATION WARRANTY.** HYDROTECH warrants that its STYROFOAM insulation purchased for a term of _____ Ten _____ (10) years from the date of purchase (Insulation Warranty Period). In the event of the failure of the Insulation as herein warranted, HYDROTECH's sole obligation, including its Owner an amount equal to the original purchase price of the insulation.

**C. GARDEN ROOF COMPONENTS WARRANTY.** HYDROTECH warrants that the Garden Roof (GR) Products components listed below, when installed in accordance with HYDROTECH's current specifications and guidelines, will be reasonably adequate for the period of time set forth herein as herein warranted. HYDROTECH's obligation in such case shall be limited to providing the Owner replacement GR Products for the one performing GR Products for the _____ Ten _____ (10) years from the date indicated, excluding the Owner an amount equal to the cost per sum performing GR Products HYDROTECH's maximum liability under the provision is the cost per GR Products in an amount equal to the original cost per new performing GR Products.

**CONDITIONS OF WARRANTY.** HYDROTECH's obligations under the Warranty shall not be in force or effect unless (1) the Membrane, Flashing, Insulation GR Products and Plastics hereinafter collectively referred to as the "Products") are installed in accordance with HYDROTECH's then current written specifications by an applicator authorized by HYDROTECH to install the Products; (2) all of the Products have been paid for by HYDROTECH and its Authorized Applicator have been paid in full; (3) acceptable evidence of this work has been filed with HYDROTECH within 30 days of Owner's limited notice. Written complete acceptance of such terms.

**LIABILITIES EXCLUDED FROM COVERAGE OF WARRANTY.** A HYDROTECH represents no responsibility or liability for (1) damage to the subsurface on other area over which the Products are installed; (2) the quality, structure or membrane concealed therein; (3) the after industry damage or faulty joinery, settling or other installation beneath Products; (4) any change in material, design or conditions of any building, structure or mechanical equipment on or near the Products; (5) exposure of vapors and weathering beyond normal exposure to natural weathering (including but not limited to, foot traffic, wear and tear of any origin or course, (6) unauthorized application or use of flashing sealant or sealants of any kind; (7) misuse, neglect, alterations or modifications or any type beyond HYDROTECH's control (such as unusual materials usage over the Products (for example alteration of the repair practice of the extension of the building), following herbicides, chemicals, gravel, mixtures, etc.); (8) any damage of any origin or cause of substantial damage of or cause (for a membrane on other portion in the Products; (9) misuse of the Product during the construction; (10) any loss of warranty of any materials used to install the Products (11) the detrimental of flashings used over the Products have been replaced or altered by other than Persons from licensed other than through the Products, or (12) base flashing, (13) installation failure, damage or design or material or over billed area of the Products, and (14) any environmental conditions (15) moisture seepage through.

**INSULATION TESTING.** The interior shall be responsible for protection in accordance with sweeping properties processed by HYDROTECH as certified as in stated in the installation product with respect to the use only. Tests of the insulation shall verify and be calculated with ASTM Test Method C513 at the closest HYDROTECH approved test method in the cases the labels of the part of Products, reference is not covered by this Warranty. The Owner, the Insulation components by HYDROTECH is acknowledging and is party per there.

**ACCESS.** Except the items of this express HYDROTECH inspects of responses and owners free access to inspection inspection fees or to repair any rigid trespass thereto to that portion of the building where the Products are located. Fallen to provide such access shall continue to be of this Warranty by the Owner and shall replace HYDROTECH from any further obligation hereunder. In the event items are made or covered by this Warranty, the Transferee with paid to HYDROTECH in accordance with its regulation proudly be made.

**WAIVER.** HYDROTECH shall at any time in relieve any of the term or conditions stated herein shall not be construed to be a variance of its provisions.

**ASSIGNABILITY.** The Warranty shall accrue only to the Owner herein listed.

**DISCLAIMER OF ALL OTHER WARRANTIES.** The warranty by HYDROTECH's the Warranty only applied by the Products. THIS DISCLAIMER and Warranty represents a warranty of LIEU OF AND EXCLUDES ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND ALL OTHER EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES. EXCLUSION OF ALL OTHER REMEDIES AND LIMITATION OF HYDROTECH'S LIABILITY. THE Owner's SOLE AND EXCLUSIVE REMEDY against HYDROTECH that be as provided herein. The Owner agrees that NO OTHER REMEDY SHALL BE AVAILABLE to it. No acknowledgment by HYDROTECH nor the failure to invoke any representation of warranty except as stated herein.

Although the above may appear lengthy and laborious, it represents little time or expense and could save considerable expense by preservation of warranty protection and by extending the service life of the installation.

AMERICAN HYDROTECH, INC.