# EVANS AFFIDAVIT
# EXHIBIT NO. 2

**Department of Consumer and Regulatory Affairs**
Permit Operations Division
941 North Capitol Street NE Room 2100
Washington DC 20002
Tel (202) 442 - 4589 Fax (202) 442 - 4882
TO SCHEDULE INSPECTIONS PLEASE CALL (202) 442 9557



# CERTIFICATE OF OCCUPANCY
THIS CERTIFICATE MUST ALWAYS BE CONSPICUOUSLY DISPLAYED AT THE ADDRESS MAIN ENTRANCE

PERMIT NO. CO1001270

Date 02/25/2010

| Address of Use | Zone | Ward | Square | Suffix | Lot |
|---|---|---|---|---|---|
| 2323 PENNSYLVANIA AVE SE | C-2-A | 8 | 5560 | | 0053 |

Description of Occupancy
MIXED USE BUILDING, 112 APARTMENT UNITS (2ND THRU 5TH FLRS, 28 UNITS EACH), 6 SPACES ON 1ST FLOOR, 74 PARKING SPACES AND 82 BICYCLE SPACES ON GROUND FLOOR, PER PUD # 07-18

| Permission Is Hereby Granted To | Trading As | Floor(s) Occupied | PERMIT FEE |
|---|---|---|---|
| 2300 Pennsylvania Ave Llc | 2300 PENNSYLVANIA AVE LLC | BASEMENT, 1ST - 5TH | $392.06 |

| Property Owner | Previous Use(s) | Occupant Load | BZA Number |
|---|---|---|---|
| 2300 Pennsylvania Ave Llc | Other (Specify) | 118 | |

| Type of Application | Occupied Sq. Footage | Approved Use(1) | |
|---|---|---|---|
| New Building | 77888 | Apartment Houses - R-2 | |

Conditions/ Restrictions

As a condition precedent to the issuance of this Certificate, the owner agrees to conform with all conditions set forth herein, and to maintain the use authorized hereby in accordance with the approved application and plans on file with the District Government and in accordance with all applicable laws and regulations of the District of Columbia The District of Columbia has the right to enter upon the property and to inspect all spaces whose use is authorized by this Certificate and to require any changes which may be necessary to ensure compliance with all the applicable regulations of the District of Columbia

| Director | Permit Clerk | Expiration Date |
|---|---|---|
| Linda K Argo | Stacie Williams | |

TO REPORT WASTE FRAUD OR ABUSE BY ANY DC GOVERNMENT OFFICIAL, CALL THE DC INSPECTOR GENERAL AT 1-800-521-1639
FOR CONSTRUCTION INSPECTION INQUIRIES CALL (202) 442-9557
TO SCHEDULE INSPECTIONS PLEASE CALL (202) 442-9557