**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | | |
|---|---|---|
| **2300 PENNSYLVANIA AVENUE, LLC** | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | Case No. 1:10cv1321-LOG-IDD |
| **HARKINS BUILDERS, INC.** | * | |
| Defendant/Counter-Plaintiff. | * | |

\* * * * * * * * * * * * * *

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Harkins Builders, Inc., defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from: (1) the Order entered June 1, 2011, granting in part plaintiff's Renewed and Second Motion for Partial Summary Judgment, denying Defendant/Counter-Plaintiff's Motion for Partial Summary Judgment, and denying Defendant's Motion in Limine to Exclude Lay Witness Testimony Regarding Estimated Construction Costs; and (2) the Order dated March 2, 2012, entering judgment in favor of the plaintiff.

Respectfully submitted,

/s/  Lucas F. Webster
Lucas F. Webster (VSB No. 66056)
**Huddles Jones Sorteberg & Dachille, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, MD  21044
(410) 720-0072
(410) 720-0329 (fax)
webster@constructionlaw.com
**Attorneys for Defendant/Counter-Plaintiff
Harkins Builders, Inc.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this __15th__ day of March, 2012, a copy of the foregoing Notice of Appeal was served, via the Court's electronic case filing system, upon:

        Vivian Katsantonis, Esquire
        Christopher M. Harris, Esquire
        Watt, Tieder, Hoffar & Fitzgerald, LLP
        8405 Greensboro Drive, Suite 100
        McLean, VA 22102

        Phone (703) 749-1000
        Fax (703) 893-8029
        vkatsant@wthf.com
        charris@wthf.com

        /s/ Lucas F. Webster
        Lucas F. Webster